Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff Star Fabrics, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS HOLDINGS CORP., *et al.*,<br><br>Defendants.<br>_____<br><br>PACIFIC ALLIANCE USA, INC., a New York Corporation,<br><br>Third-Party Complaint Plaintiff,<br><br>vs.<br><br>WESCOTT DESIGN LIMITED, a United Kingdom Limited Company<br><br>Third-Party Complaint Defendants. | Case No.: CV14-7670-SS<br>*Honorable Suzanne H. Segal Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE |

- 1 -

1    Having reviewed the stipulation of the parties to dismiss Plaintiff's

2    complaint in this action and finding good cause thereon,

3    IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed with

4    prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

5    SO ORDERED.

6

7    Date: _____5/23/15_____, 2015        By: _____SH Segal_____

8                                          Hon. Suzanne H. Segal
                                           U.S. ~~District Court~~ Judge
9                                          MAGISTRATE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**[PROPOSED] ORDER ON STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH
PREJUDICE**